No. 10-10044. Larry Edward Hendricks, Petitioner v. LeVern Cohen, Warden.

564 U.S. 1024, 131 S. Ct. 3033, 180 L. Ed. 2d 854, 2011 U.S. LEXIS 4760.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 356.